UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**LATONYA WILLIAMS**          **CIVIL ACTION NO. 19-cv-00319**

**VERSUS**          **JUDGE ELIZABETH ERNY FOOTE**

**CREDITONE, L.L.C.**          **MAGISTRATE JUDGE HAYES**

### ORDER OF DISMISSAL

The Court having been advised by counsel that the above civil action has been settled,

**IT IS ORDERED** that the above-captioned matter be and is hereby provisionally **DISMISSED**, without prejudice to the right, upon good cause shown within ninety (90) days of the signing of this Order, to reopen the action if settlement is not consummated.

**IT IS FURTHER ORDERED** that within ninety (90) days of the signing of this Order, the parties shall submit to the Court (1) a joint motion to dismiss accompanied by a proposed order; or (2) a Rule 41(a)(1)(ii) stipulation of dismissal signed by all parties who have appeared in this action. Any motion that may be pending relating to this matter is hereby **DENIED as moot**.

The Clerk of Court is now requested to close this case.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 5th day of June, 2019.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE